**Copyrights-In-Suit for IP Address 24.148.77.186**

**ISP:** RCN Corporation
**Location: Chicago, IL**

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **A Little Rain Must Fall** | PA0001822653 | 01/23/2013 | 01/27/2013 | 03/21/2013 |
| **A Love Story** | PA0001819296 | 12/18/2012 | 12/31/2012 | 03/21/2013 |
| **Black Lingerie Bliss** | PA0001806468 | 09/19/2012 | 09/19/2012 | 10/08/2012 |
| **Circles of Bliss** | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/21/2013 |
| **Dangerous Game** | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/20/2012 |
| **Ibiza Love** | PA0001820855 | 10/29/2012 | 01/13/2013 | 03/21/2013 |
| **Late for Work** | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/21/2013 |
| **Lovers Quarrel** | PA0001814247 | 11/13/2012 | 11/28/2012 | 12/01/2012 |
| **Morning Tryst** | PA0001800355 | 07/24/2012 | 07/25/2012 | 10/10/2012 |
| **Newlyweds** | **PENDING** | 07/04/2013 | 07/12/2013 | 07/17/2013 |
| **Play Me** | PA0001847659 | 06/14/2013 | 06/30/2013 | 07/31/2013 |
| **Positively In Love** | PA0001800358 | 07/04/2012 | 07/11/2012 | 03/21/2013 |
| **Prelude to Passion** | PA0001816166 | 11/27/2012 | 12/11/2012 | 03/21/2013 |
| **Red Satin** | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/21/2013 |
| **Romantic Memories** | PA0001790375 | 05/16/2012 | 05/16/2012 | 08/02/2013 |
| **Spilled Milk** | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/21/2013 |
| **Wild Things** | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/08/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 17**

EXHIBIT B

NIL114